

**THE SUPREME COURT OF TEXAS**
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

Thursday, December 10, 2015

Ms. Carolyn Rains
Houston County District Clerk
PO Box 1186
Crockett, TX 75835

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 10 2015

TYLER TEXAS
PAM ESTES, CLERK

RE:    Case Number: 14-0333
       Court of Appeals Number: 12-13-00107-CV
       Trial Court Number: 12-0060

Style: LOUISA D. REDDIC
       v.
       EAST TEXAS MEDICAL CENTER REGIONAL HEALTH CARE SYSTEM,
       INDIVIDUALLY AND D/B/A EAST TEXAS MEDICAL CENTER-CROCKETT, INC.

Dear Ms. Rains:

The judgment of the Supreme Court of Texas is final in the above referenced cause and the enclosed mandate was issued today. Enclosed with the mandate is a certified copy of our cost bill showing charges and payments as reflected by the record for your use in settlement between the parties.

Sincerely,

Blake A. Hawthorne, Clerk

by Monica Zamarripa, Deputy Clerk

cc:    Mr. Russell G. Thornton (DELIVERED VIA E-MAIL)
       Ms. Cathy S. Lusk (DELIVERED VIA E-MAIL)
       Ms. Marisa M. Schouten (DELIVERED VIA E-MAIL)

# IN THE SUPREME COURT OF TEXAS

### NO. 14-0333

LOUISA D. REDDIC, PETITIONER



v.

EAST TEXAS MEDICAL CENTER REGIONAL HEALTH CARE SYSTEM, INDIVIDUALLY AND D/B/A EAST TEXAS MEDICAL CENTER-CROCKETT, INC., RESPONDENTS

## MANDATE

**To the Trial Court of Houston County, Greetings:**

Before our Supreme Court on October 30, 2015, the Cause, upon petition for review, to revise or reverse your Judgment.

No. **14-0333** in the Supreme Court of Texas

No. **12-13-00107-CV** in the **Twelfth** Court of Appeals

No. **12-0060** in the **349th District Court** of **Houston** County, Texas, was determined; and therein our said Supreme Court entered its judgment or order in these words:

THE SUPREME COURT OF TEXAS, having heard this case on petition for review from the Court of Appeals for the Twelfth District, and having considered the appellate record and counsels' briefs, but without hearing oral argument under Texas Rule of Appellate Procedure 59.1, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with this Court's opinion, that:

1) The court of appeals' judgment is reversed;

2) The case is remanded to the trial court for further proceedings consistent with this Court's opinion; and

3) Louisa D. Reddic shall recover, and East Texas Medical Center Regional Health Care System, Individually and d/b/a East Texas Medical Center-Crockett, Inc. shall pay, the costs incurred in this court.

Copies of this Court's judgment and opinion are certified to the Court of Appeals for the Twelfth District and to the 349th District Court of Houston County, Texas, for observance.

**Wherefore we command you** to observe the order of our said Supreme Court in this behalf, and in all things to have recognized, obeyed, and executed.

BY ORDER OF THE SUPREME COURT OF THE STATE OF TEXAS,

with the seal thereof annexed, at the City of Austin, this the 10th day of December, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk

# IN THE SUPREME COURT OF TEXAS

## NO. 14-0333

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 10 2015

TYLER TEXAS
PAM ESTES, CLERK



LOUISA D. REDDIC, Petitioner

v.

EAST TEXAS MEDICAL CENTER REGIONAL HEALTH CARE SYSTEM, INDIVIDUALLY AND D/B/A EAST TEXAS MEDICAL CENTER-CROCKETT, INC., Respondents

No. *12-0060* in the *349th District Court*, *Houston* County

## BILL OF COSTS

### *Petition for Review*

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| Miscellaneous Motion | $10.00 | $10.00 | Paid by E. Tex. Med. Ctr-Crockett, Inc. |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Louisa D. Reddic |
| Petition for Review Filed | $145.00 | $145.00 | Paid by Louisa D. Reddic |
| Clerk's Record | $50.00 | Unknown | 1 Volume |
| Reporter's Record | $65.00 | Unknown | 1 Volume |

Balance of costs owing to the Supreme Court of Texas: **0.00**

---

Louisa D. Reddic shall recover, and East Texas Medical Center Regional Health Care System, Individually and d/b/a East Texas Medical Center-Crockett, Inc. shall pay, the costs incurred in this court.

---

**I, BLAKE A. HAWTHORNE, CLERK** of the Supreme Court of Texas, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of the Supreme Court of Texas, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

with the seal thereof annexed, at the City of Austin, this the 10th day of December, 2015.

BLAKE A. HAWTHORNE, Clerk

By Monica Zamarripa, Deputy Clerk